## CRABTREE v. McCURTAIN.

(Circuit Court of Appeals, Eighth Circuit. May 7, 1894.)

No. 365.

APPEAL—ASSIGNMENT OF ERRORS—TIME OF FILING.

In pursuance of rule 11 of the circuit court of appeals for the eighth circuit (47 Fed. vi.), requiring an assignment of errors to be filed with the petition for the writ of error or appeal, and declaring that errors not assigned according to this rule will be disregarded, the court will not review a judgment when the assignment of errors was not filed until after the writ of error was allowed, nor until after expiration of the six months allowed for suing out the writ of error. U. S. v. Goodrich, 4 C. C. A. 160, 54 Fed. 21, followed.

In Error to the United States Court in the Indian Territory.

This was an action by Jane McCurtain, administratrix of Jackson F. McCurtain, deceased, against William F. Crabtree, on a promissory note made by defendant, payable to said Jackson F. McCurtain. A demurrer to defendant's answer was sustained, and judgment for plaintiff was entered thereon. Defendant brought error.

Geo. E. Nelson filed a brief for plaintiff in error.

Before CALDWELL and SANBORN, Circuit Judges, and THAYER, District Judge.

SANBORN, Circuit Judge. By the act of March 3, 1891 (26 Stat. pp. 826, 829), no writ of error, by which a judgment can be reviewed in this court, can be sued out after six months from its entry. Rule 11 of this court provides that the plaintiff in error shall file with his petition for the writ of error an assignment of errors, that no writ of error shall be allowed until such assignment of errors has been filed, and that errors not assigned according to this rule will be disregarded. The judgment the plaintiff in error seeks to review here was entered March 14, 1893. The writ of error and citation are tested August 10, 1893. No assignment of errors was filed until September 18, 1893. The assignment of errors was not filed until after the time to sue out a writ of error to review this judgment had expired, nor until more than a month after the writ returned here was issued. Under our rule, which we have repeatedly declared would be enforced, the supposed errors assigned will be disregarded, and the judgment below affirmed, with costs. U. S. v. Goodrich, 4 C. C. A. 160, 54 Fed. 21; Union Pac. Ry. Co. v. Colorado Eastern Ry. Co., 4 C. C. A. 161, 54 Fed. 22; Flahrity v. Union Pac. Ry. Co., 6 C. C. A. 167, 56 Fed. 908.

It is so ordered.